COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:      Carlos Cardenas Hernandez v. The State of Texas

Appellate case number:   01-12-00165-CR

Trial court case number:  2010R0113

Trial court:                    155th District Court of Austin County

Appellant's Third Motion to Extend Time to File Appellant's Brief is **granted in part and denied in part**.

The appellant's brief in this case was originally due on November 28, 2012. It is the ordinary practice of this court not to grant more than 3 extensions of 30 days each (i.e. 90 days). With his first motion for extension of time, appellant's counsel requested, and received, an extension of two months, to January 28, 2013. A second motion for extension of time was filed on February 11, 2013, asking for a further extension to March 15, 2013. That motion was granted, bringing the total amount of time of extension to 107 days. Appellant's counsel was advised at that time that the motion was granted "with no further extensions." The notice further stated:

> If the brief is not filed by that date the case will be abated for a hearing to determine (a) whether the appellant desires to prosecute his appeal; (b) whether appellant is indigent; (c) if not indigent, whether appellant has abandoned the appeal or whether appellant has failed to make necessary arrangements for filing a brief; (d) the reason for the failure to file a brief; (e) if the appellant desires to continue the appeal, a date certain when appellant's brief will be filed.

*See* TEX. R. APP. P. 38.8(b).

The appellant's brief was not timely filed, and the clerk of this court sent a late brief notice to appellant's counsel, prompting the third motion for extension of time. The third motion does not demonstrate extraordinary circumstances justifying further delay of the filing of appellant's brief.

Appellant's counsel Calvin Garvie is ordered to file an appellant's brief no later than April 8, 2013. If that is not possible, Mr. Garvie is ordered to file a response indicating the reasons for his failure to timely file the brief. In either case, if a satisfactory response is not filed

on or before April 8, 2013, the trial court will be directed to conduct the hearing described in TEX. R. APP. P. 38.8(b)(3).

The clerk is ordered to provide a copy of this order to the trial court. TEX. R. APP. P. 38.8(b)(2).

It is so ORDERED.


Judge's signature: /s/ Michael Massengale_____
                                Justice Michael Massengale, Acting individually


Date:  March 29, 2013_____